1 | RICHARD R. GRAY (State Bar No. 71030)
ERIC R. OSTREM (State Bar No. 251411)
2 | LITTLER MENDELSON
2520 Venture Oaks Way #390
3 | Sacramento, California 95833-4277

4 | Attorneys for Defendants
PRIME HEALTHCARE SERVICES, INC., PRIME
5 | HEALTHCARE SERVICES – SHASTA, LLC

6 | TRISH M. HIGGINS (State Bar No. 119215)
SARA E. DIONNE (State Bar No. 221326)
7 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
8 | Sacramento, California 95814-4497
Telephone: 916-447-9200
9 | Facsimile: 916-329-4900

10 | Attorneys for Defendants
MEDICAL PROPERTIES TRUST, INC.; MPT OF
11 | SHASTA, LP; MPT OF SHASTA, LLC and MPT
OPERATING PARTNERSHIP, LP

13 | WILLIAM A. SOKOL (State Bar No. 072740)
BRUCE A. HARLAND (State Bar No. 230477)
14 | WEINBERG, ROGER & ROSENFELD
A Professional Corporation
15 | 1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091

17 | Attorneys for Plaintiff
SEIU, United Healthcare Workers - West

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS -- WEST, on behalf of represented employees,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HEALTH CARE SERVICES, INC.; PRIME HEALTHCARE SERVICES -- SHASTA, LLC; SHASTA REGIONAL MEDICAL CENTER, INC.; SHASTA REGIONAL MEDICAL CENTER, LLC; MEDICAL PROPERTIES TRUST; MPT OF SHASTA, LP; MPT OF SHASTA, LLC; MPT OPERATING | Case No. 2:08-CV-02980-LKK-CMK<br><br>**STIPULATION RE MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Judge: Hon. Lawrence K. Karlton<br>Ctrm: 4 |

Firmwide:95736058.1 057592.1026

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Case No. 2:08-CV-02980-LKK-CMK

STIPULATION RE MODIFICATION OF SCHEDULING ORDER

PARTNERSHIP, LP; and DOES 1 through 25,

        Defendants.

        Plaintiff Service Employees International Union, United Healthcare Workers – West ("Plaintiff"); Prime Health Care Services, Inc. and Prime Healthcare Services – Shasta LLC (collectively the "Prime Defendants"); and Medical Properties Trust, Inc., MPT of Shasta, LP, MPT of Shasta LLC, and MPT Operating Partnership, LP (collectively the "MPT Defendants"), through their respective counsel of record, stipulate as follows:

        1.     The Status (Pretrial Scheduling) Order ("Scheduling Order") issued on May 12, 2009 may be modified to extend the law and motion completion date from July 11, 2010 to a new date of **July 12, 2010**.

        2.     The summary judgment/summary adjudication motions filed by the Prime Defendants and the MPT Defendants (the "Motions"), which are currently pending and set for hearing on June 21, 2010, may be continued and re-set for to be heard on **July 12, 2010**.

        3.     If the Scheduling Order is modified and the hearing on the Motions is continued to July 12, 2010, Plaintiff's opposition to the Motions shall be due on **June 14, 2010**, and the Prime Defendants' and the MPT Defendants' reply briefs re the Motions shall be due on **June 28, 2010**.

//
//
//
//
//
//
//
//
//

Firmwide:95736058.1 057592.1026        Case No. 2:08-CV-02980-LKK-CMK

STIPULATION RE MODIFICATION OF SCHEDULING ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

1  Dated: June 3, 2010

2

3                                        /s/ Richard R. Gray
                                         RICHARD R. GRAY
4                                        LITTLER MENDELSON
                                         A Professional Corporation
5                                        Attorneys for Defendants
                                         PRIME HEALTHCARE SERVICES, INC.
6                                        and PRIME HEALTHCARE SERVICES –
                                         SHASTA, LLC
7  Dated: June 3, 2010

8
                                          _/s/ Trish Higgins_
9                                        TRISH HIGGINS
                                         ORRICK, HERRINGTON & SUTCLIFFE
10                                       LLP
                                         Attorneys for Defendants
11                                       MEDICAL PROPERTIES TRUST, INC.;
                                         MPT OF SHASTA, LP; MPT OF SHASTA,
12                                       LLC and MPT OPERATING PARTNERSHIP,
                                         LP
13 Dated: June 3, 2010

14
                                          /s/ Jordan Mazur
15                                       JORDAN MAZUR
                                         WEINBERG, ROGERS & ROSENFELD
16                                       A Professional Corporation
                                         Attorneys for Plaintiff
17                                       SERVICE EMPLOYEES INTERNATIONAL
                                         UNION, UNITED HEALTHCARE
18                                       WORKERS—WEST

19 **IT IS SO ORDERED**

20

21 Dated:  June 4, 2010

22

23                     _Lawrence K. Karlton_ (signature)
                       LAWRENCE K. KARLTON
24                     SENIOR JUDGE
                       UNITED STATES DISTRICT COURT
25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Firmwide:95736058.1 057592.1026                           Case No.  2:08-CV-02980-LKK-CMK
STIPULATION RE MODIFICATION OF SCHEDULING ORDER